UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| ORLANDO SOTO, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| vs. ) | **JUDGMENT IN A CIVIL CASE** |
| ) | **CASE NO. 5:23-CV-446-D** |
| TOWN OF ROLESVILLE, TOWN OF ) | |
| ROLESVILLE BOARD OF ) | |
| COMMISSIONERS, RONNIE CURRIN, ) | |
| KELLY ARNOLD, and AMY STEVENS, ) | |
| ) | |
| Defendants. ) | |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court DISMISSES as moot defendants' motion to dismiss the original complaint [D.E. 21], DISMISSES as moot plaintiff's motion for extension of time to file a response to defendants' first motion to dismiss and GRANTS plaintiff's motion for extension of time to amend his complaint [D.E. 23], GRANTS defendants' motion to dismiss plaintiff's amended complaint [D.E. 26], and DENIES as futile plaintiff's motion to amend his complaint with supplemental pleadings [D.E. 29]. The court DISMISSES WITH PREJUDICE plaintiff's amended complaint.

This Judgment filed and entered on April 9, 2024, and copies to:
All counsel of record as listed in this matter (via CM/ECF electronic notification)

April 9, 2024

Peter A. Moore, Jr.
Clerk of Court

By: /s/ Stephanie Mann
Deputy Clerk